## FIRST DEPARTMENT, NOVEMBER, 1917.

SIGMUND JOSEPHSON and Another, Appellants, *v.* GINSBURG REALTY COMPANY, Respondent, Impleaded with Others.

Appeal from an order of the Supreme Court, entered in the Bronx county clerk's office on June 27, 1917, denying the plaintiffs' motion to amend the judgment herein entered upon the remittitur of the Appellate Division.

PER CURIAM: The order appealed from is reversed, with ten dollars costs and disbursements to the appellants, and the motion granted to the extent of amending *nunc pro tunc* the judgment herein entered July 19, 1915, in the office of the clerk of the county of Bronx, by striking out after the words " and the order of reversal of the Supreme Court, Appellate Division, First Department, having expressly reversed " the following: " certain findings of fact and conclusions of law in favor of defendant, and found conclusions of law in favor of plaintiffs, in support of the reversal of the judgment so appealed from, and in support of the judgment so ordered in favor of the plaintiffs and against the defendants," and inserting in lieu thereof the following: " the eleventh, twelfth and thirteenth findings of fact in favor of the defendant, and all the conclusions of law in favor of the defendant, and made a new finding in favor of the plaintiffs as to the amount of interest due upon the principal of the bond and mortgage in suit, and conclusions of law in favor of the plaintiffs, and directing affirmative judgment of foreclosure and sale." Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ. Order reversed, with ten dollars costs and disbursements and motion granted to extent stated in opinion. Order to be settled on notice.

In the Matter of BENJAMIN GUNNER, an Attorney, Respondent.

Disciplinary proceedings instituted by the Association of the Bar of the City of New York.

PER CURIAM: The respondent was admitted to the bar in October, 1913, in the First Department. On the 28th day of June, 1917, he was convicted in the Court of General Sessions of the Peace in the County of New York upon confession of the crime of attempted grand larceny in the second degree, which is a felony. Section 477 of the Judiciary Law* provides: " Any person being an attorney and counsellor-at-law, who shall be convicted of a felony, shall, upon such conviction, cease to be an attorney and counsellor-at-law, or to be competent to practice law as such." Upon his said conviction and under the provisions of the statute* respondent is disbarred. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ. Respondent disbarred. Order to be settled on notice.

* See Consol. Laws, chap. 30 (Laws of 1909, chap. 35), § 477;  Id. § 88, subd. 3.— [REP.